```
                IN THE UNITED STATES  BANKRUPTCY COURT
                    WESTERN DISTRICT OF MICHIGAN


    IN RE:                                CHAPTER 13
    JEANETTE L FRAZIER
    55851 HAMILTON ST                     CASE NO. HK-04-06590
    PAW PAW  MI
      49079-0000                          FILED: 05/21/2004


             TRUSTEE'S NOTICE OF INTENT TO PAY CLAIMS


-------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR               AMOUNT   CLASSIFICATION
-------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE                  2851.53   UNSECURED CREDITOR
5041 W MAIN ST
KALAMAZOO  MI                                       ACCT:2228859605
                                49009-1001          COMM:
-------------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION              3618.01   UNSECURED CREDITOR
PO BOX 35480
NEWARK  NJ                                          ACCT:4332
                                07193-5480          COMM:
-------------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION             22271.44   UNSECURED CREDITOR
PO BOX 35480
NEWARK  NJ                                          ACCT:0840
                                07193-5480          COMM:
-------------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION              1174.28   UNSECURED CREDITOR
PO BOX 35480
NEWARK  NJ                                          ACCT:4517
                                07193-5480          COMM:
-------------------------------------------------------------------------------
FIFTH THIRD BANK                         27369.83   MORTGAGE REGULAR PAYMENT
38 FOUNTAIN SQ PLZ MD 109067                        OUTSIDE PLAN
CINCINNATI  OH                                      ACCT:847341690
                                45263-0000          COMM:2ND MORTGAGE
-------------------------------------------------------------------------------
RESURGENT CAPITAL SERVICES                8561.33   UNSECURED CREDITOR
CASHIERING
PO BOX 10587                                        ACCT:0505
GREENVILLE  SC                  29603-0587          COMM:
-------------------------------------------------------------------------------
RESURGENT CAPITAL SERVICES                7704.37   UNSECURED CREDITOR
CASHIERING
PO BOX 10587                                        ACCT:9519
GREENVILLE  SC                  29603-0587          COMM:
-------------------------------------------------------------------------------
RESURGENT CAPITAL SERVICES                2860.90   UNSECURED CREDITOR
CASHIERING
PO BOX 10587                                        ACCT:8769
GREENVILLE  SC                  29603-0587          COMM:
-------------------------------------------------------------------------------
```

```
          PAGE   2 - CHAPTER 13 CASE NO. HK-04-06590
---------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR             AMOUNT   CLASSIFICATION
---------------------------------------------------------------------------
WATERFIELD MORTGAGE CO                 42689.48   NOT FILED
7500 W JEFFERSON BLVD                             OUTSIDE PLAN
FT WAYNE   IN                                     ACCT:0001736692
                           46804-0000             COMM:1ST MORTGAGE
---------------------------------------------------------------------------
```

The foregoing is a list of the amounts and classifications  of  claims to be paid under the  Plan.

DATE: 10/08/04                      MARY K V HAMLIN TRUSTEE
                                    CORNERSTONE BUILDING
                                    415 W MICHIGAN AVE
                                    KALAMAZOO  MI 49007-0000

CC: Debtor(s): at above address

Attorney for debtor(s):
    HETTINGER & HETTINGER PC
    200 ADMIRAL AVE
    PORTAGE  MI                     49002-3503

                        PROOF OF SERVICE

This is to certify that the original has been mailed to the Bankruptcy Court Clerk and copies mailed to the Debtor and Debtor's  Attorney  on 10/08/2004 by T. BUTLER.