UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  JEANETTE L FRAZIER
55851 HAMILTON ST
PAW PAW, MI 49079

CASE NO: DK-04-06590 -00lA
Chapter 13
HON. SCOTT W. DALES
Filed: May 21, 2004

## NOTICE OF UNCLAIMED FUNDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $504.00 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(A). I have checked the current matrix of creditors on file with the Clerk of the Court and find no change of address for the creditor(s) listed below.

The name(s) and last known address(es) of the creditor(s) entitled to these unclaimed dividends is (are) follows:

**CREDITOR NAME:** American General Finance

**LAST KNOWN CREDITOR ADDRESS:** 5041 W Main St
Kalamazoo, MI 49009

Date: Sep 17, 2009                    TRUSTEE:  MARY K. VIEGELAHN

```
       UNITED STATES
     BANKRUPTCY COURT
    WESTERN DISTRICT OF MICHIGAN
        GRAND RAPIDS DIVISION

     # 237889       - DR

      September 22, 2009
          13:20:12


        UNCLAIMED FUNDS
           04-06590
Debtor.: JEANETTE L. FRAZIER
Trustee: MARY VIEGELAHN HAMLIN
Amount.:              $504.00 CH
Check#.: 583410




  Total-> $504.00



FROM: MARY K VIEGELAHN
```

